UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WACHOVIA MORTGAGE,<br><br>　　　　Defendant. | Case No. 12-cv-03407 NC<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

　　　　Plaintiff Maria Perez moves to proceed in forma pauperis. Dkt. No. 3. The motion is GRANTED. The United States Marshal is ordered to serve the defendant in accordance with Federal Rule of Civil Procedure 4(c)(3).

　　　　IT IS SO ORDERED.

Date: July 3, 2012

　　　　　　　　　　　　　　　　　　　　　／s／ Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 12-cv-03407 NC
ORDER GRANTING MOTION